IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DENIS F. SHEILS : CIVIL ACTION
:
    v. :
:
BUCKS COUNTY DOMESTIC :
RELATIONS SECTION, et al. : NO. 11-3315

ORDER

AND NOW, this 31st day of January, 2013, upon consideration of defendant Bucks County Domestic Relations Section's motion to dismiss (docket entry no. 33), defendant Daniel N. Richard's motion to dismiss (docket entry no. 34), defendant Laura LoBianco's motion to dismiss (docket entry no. 35), Sheils's responses in opposition to these motions (docket entry nos. 36-38), and the defendants' replies (docket entry nos. 39-41), and in accordance with the accompanying Memorandum, it is hereby ORDERED that:

    1. Defendant Bucks County Domestic Relations Section's motion to dismiss (docket entry no. 33) is GRANTED;

    2. Defendant Daniel N. Richard's motion to dismiss (docket entry no. 34) is GRANTED;

    3. Defendant Laura LoBianco's motion to dismiss (docket entry no. 35) is GRANTED; and

4. The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:

/s/ Stewart Dalzell, J.
Stewart Dalzell, J.